United States District Court
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    PHILIP ROBERT CORRAL,                    Case No.  16-cv-00154-EMC
8                    Plaintiff,
9           v.                                **ORDER OF TRANSFER**
10   X. CANO,
11                   Defendant.
12
13        Petitioner has filed a petition for writ of habeas corpus to challenge his conviction and

14   sentence from the San Joaquin County Superior Court.  San Joaquin County lies within the venue

15   of the Eastern District of California.  Petitioner is confined at the California State Prison in Los

16   Angeles County, within the venue of the Central District of California.  Venue is proper in a

17   habeas action in either the district of confinement or the district of conviction, 28 U.S.C. §

18   2241(d), although a petition challenging a conviction or the sentence imposed is preferably heard

19   in the district of conviction.  *See* N. D. Cal. Habeas L.R. 2254-3(b).  The preferred venue is the

20   Eastern District of California because Petitioner was convicted and the sentence was imposed in

21   that district.  Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interests of

22   justice, this action is **TRANSFERRED** to the United States District Court for the Eastern District

23   of California.  The Clerk shall transfer this matter forthwith.

24        **IT IS SO ORDERED**.

25

26   Dated: January 21, 2016

27                                             _____
28                                             EDWARD M. CHEN
                                               United States District Judge